UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND *et al.*, :  21 Civ. 7870 (JPC)
:
     Petitioners, :  ORDER
:
  -v- :
:
:
CEI CONTRACTORS, INC., :
:
     Respondent. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

  On September 21, 2021, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition to confirm by October 22, 2021. Respondent's opposition, if any, is due on November 5, 2021. Petitioner's reply, if any, is due November 12, 2021.

  Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than October 22, 2021, and shall file an affidavit of such service with the court no later than October 23, 2021.

  SO ORDERED.

Dated: September 23, 2021
    New York, New York

                     JOHN P. CRONAN
                     United States District Judge