UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND et al.,

       Petitioners,          21 **CIVIL** 7870 (JPC)

  -against-              **JUDGMENT**

CEI CONTRACTORS INC.,

       Respondent.

------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2022, the Petition is granted. Judgment is entered in the amount of $367,072.78, which consists of the arbitration award of $366,255.78, attorneys' fees of $740.00, and costs in the amount of $77. The Court also awarded interest at a rate of 5.25% on the arbitration award from the date of that award, April 10, 2021, through the date of the judgment, in the amount of $25,760.83. Post-judgment interest will accrue at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
   August 12, 2022

                      **RUBY J. KRAJICK**

                      **Clerk of Court**
          **BY:**  *K. Mango*

                      **Deputy Clerk**